16965

J. E. EWING and J. C. VANADORE, Respondents, v.
W. I. BURDEN, Chief of Police, Appellant
(85 S. E. (2d) 862)

*John K. Hood, Jr.,* of Anderson, *for Appellant.*

*Messrs. Agnew & Brooks* and *Watkins, Vandiver & Freeman,* of Anderson, *for Respondents.*

February 14, 1955.

*Per Curiam.*

The issue in this appeal is identical with that in the case of *Floyd v. Burden,* S. Car., 85 S. E. (2d) 861, opinion affirming which is filed concurrently herewith. It requires affirmance of this case for the reasons there stated, reference to which may be had.

Affirmed.